Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                            Case No.:  19−26459−VFP
                            Chapter:  13
                            Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Morris E. Horton
   2 Kensington Terrace
   Maplewood, NJ 07040

Social Security No.:
   xxx−xx−5023

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/18/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 18, 2019
JAN: jf

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-26459-VFP
Morris E. Horton                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Oct 18, 2019
                                Form ID: 148       Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2019.
```
db          +Morris E. Horton,    2 Kensington Terrace,    Maplewood, NJ 07040-1323
cr          +ALDRIDGE PITE, LLP,    Attn: Jenelle C. Arnold,    4375 Jutland Drive, Suite 200,
              P.O. Box 17933,    San Diego, CA 92177-7921
cr          +Affinity Federal Credit Union,    Affinity Federal Credit Union,    c/o Peter J. Liska, LLC,
              766 Shrewsbury Avenue,    Tinton Falls, NJ 07724-3001
cr           Mercedes-Benz Financial Service USA LLC,    Cheryle Williams, Agent c/o BK Servicing,
              PO BOX 13165,    Roseville, MN 5113-0011
518436776   +Affinity Federal Credit Union,    c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
              Tinton Falls, NJ 07724-3001
518429129   +Bayview Loan Servicing,    PO Box 3042,    Milwaukee, WI 53201-3042
518429131   +Frenkel Lambert,    80 Main Street, Suite 460,    West Orange, NJ 07052-5414
518429132   +Gary Rosenblatt, DMD,    187 Millburn Avenue, Suite 2,    Millburn, NJ 07041-1845
518462251    Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
              Roseville, MN 55113-0011
518429134   +Peter Liska, Esq.,    766 Shrewsbury Avenue,    Eatontown, NJ 07724-3001
518446315   +The Bank Of New York Mellon Fka The Bank Of New Yo,    c/o Jenelle C. Arnold, ALDRIDGE PITE, LL,
              4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 19 2019 02:24:38      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 19 2019 02:24:34      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
518429128   +E-mail/Text: bankruptcycare@affinityfcu.com Oct 19 2019 02:23:52
              Affinity Federal Credit Union,    73 Mountain View Blvd.,    Basking Ridge, NJ 07920-2332
518429130   +EDI: CAPITALONE.COM Oct 19 2019 05:38:00      Capital One,    PO Box 30285,
              Salt Lake City, UT 84130-0285
518454237   +EDI: AIS.COM Oct 19 2019 05:38:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
              Oklahoma City, OK 73118-7901
518429133   +EDI: DAIMLER.COM Oct 19 2019 05:38:00      Mercedes Benz Credit,    PO Box 685,
              Roanoke, TX 76262-0685
                                                                                              TOTAL: 6
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2019                                      Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2019 at the address(es) listed below:
```
          Allison J. Kiffin    on behalf of Creditor    Affinity Federal Credit Union
           collections@peterliska.com
          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
           as Trustee (CWALT 2006-29T1) dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
           York, as Trustee (CWALT 2006-29T1) kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Michael Schwartzberg    on behalf of Debtor Morris E. Horton michael@jerseylaws.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```